# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

MICHAEL WAYNE CRAWFORD,

    Debtor.

Case No. 10-13604-RGM
(Chapter 11)

## AMENDED ORDER SETTING STATUS CONFERENCE

Pursuant to §105(d) of the United States Bankruptcy Code, it is, by the court, *sua sponte*,

ORDERED:

1. A status conference regarding the above-captioned case will be held on:

**March 18, 2014 at 11:00 a.m.**

2. The debtor, debtor's counsel, and a representative of the United States Trustee's office shall attend the status conference and be prepared to discuss the status of the case; set trial dates; or to take other actions as may be appropriate.

DONE at Alexandria, Virginia, this 27th day of January, 2014.

    /s/ Robert G. Mayer
    Robert G. Mayer
    United States Bankruptcy Judge

Copy electronically to:

R. A. Hurley
Raymond Pring, Jr.
Joseph A. Guzinski

Copy mailed to:

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, Virginia 22193

18971