# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

MICHAEL WAYNE CRAWFORD,

Debtor.

Case No. 10-13604-RGM
(Chapter 11)

## ORDER TO SHOW CAUSE

THIS CASE was before the court on June 17, 2014, on for a status conference. No appearances were made. It appearing proper to do so, it is

ORDERED that counsel for the debtor will appear in court on **August 5, 2014 at 11:00 a.m.,** to show cause why the case ought not be dismissed for failure to prosecute.

DONE at Alexandria, Virginia, this 17th day of June, 2014.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Raymond Pring, Jr.
Joseph A. Guzinski

Copy mailed to:

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, Virginia 22193

All creditors and parties in interest

19605