# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

MICHAEL WAYNE CRAWFORD,

Debtor.

Case No. 10-13604-RGM
(Chapter 11)

## ORDER

THIS CASE was before the court on August 5, 2014, on the order to show cause (Docket Entry 250). For the reasons stated on the record, it is

ORDERED:

1. The order to show cause is dismissed.

2. A further status hearing on the progress of the case will be held on **September 23, 2014 at 11:00 a.m.**

DONE at Alexandria, Virginia, this 6th day of August, 2014.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Raymond Pring, Jr.
Joseph A. Guzinski

Copy mailed to:

Michael W. Crawford
13171 Quade Lane
Woodbridge, Virginia 22193

19666