# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

MICHAEL WAYNE CRAWFORD,　　　　　Case No.   10-13604-RGM
　　　　　　　　　　　　　　　　　　　　　(Chapter 11)
　　　Debtor.

## ORDER SETTING STATUS CONFERENCE

Pursuant to §105(d) of the United States Bankruptcy Code, it is, by the court, *sua sponte*, ORDERED:

1.  A status conference regarding the above-captioned case will be held on:

**December 1, 2015 at 11:00 a.m.**, at the **United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Courtroom I, Alexandria, Virginia**.

2.  Counsel for the Debtor and the United States Trustee shall attend the status conference and be prepared to discuss the status of the case; set trial dates; or to take other actions as may be appropriate.

DONE at Alexandria, Virginia, this 7th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ Robert G. Mayer
　　　　　　　　　　　　　　　　　　　　Robert G. Mayer
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Copy electronically to:

R. A. Hurley
Raymond Pring, Jr.
Joseph A. Guzinski
Bradley D. Jones

20257