**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| IN RE: | ) | |
|    MICHAEL WAYNE CRAWFORD | ) | Case No. 10-13604-RGM |
| | ) | Chapter 11 |
|    Debtor | ) | |

## NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF ORDER IN AID OF IMPLEMENTING CONFIRMED PLAN

PLEASE TAKE NOTICE that Michael Wayne Crawford (the "Reorganized Debtor") hereby withdraws his Motion For Entry of Order In Aid of Implementing Confirmed Plan ("Motion"), filed on March 22, 2016.

Respectfully submitted,

MICHAEL WAYNE CRAWFORD

By counsel

Raymond R. Pring, Jr., VSB 39104
9161 Liberia Ave., Suite 100
Manassas, VA  20110
703-366-3920

By:     /s/ Raymond R. Pring, Jr.
      Raymond R. Pring, Jr., VSB #39104
        *Counsel to Michael Wayne Crawford*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2016, I caused a copy of the foregoing notice to be sent by email and/or first-class mail, postage prepaid to the parties set forth on the attached service list.

/s/ Raymond R. Pring, Jr.
Raymond R. Pring, Jr.

| | | |
|---|---|---|
| Office of the US Trustee<br>115 South Union Street, Suite 210<br>Alexandria, VA  22314 | BAC Home Loan Servicing<br>c/o James R. Prober<br>Cmartin@pralc.com | Michael Crawford<br>13171 Quade Lane<br>Woodbridge, VA  22193 |
| JP Morgan Chase Bank<br>c/o Jeffrey L. Marks<br>jlmarks@kaufcan.com,<br>tfsamios@kaufcan.com | JP Morgan Chase Bank<br>c/o James R. Meizanis<br>VABecf@logs.com | JP Morgan Chase Bank<br>c/o Abby Kelley Moynihan<br>bankruptcyva@mwc-law.com Virginia Beach, VA  23451 |
| Marix Servicing, LLC<br>c/o Michael T. Freeman, Esquire<br>ewhite@siwpc.com;klane@siwpc.com<br>ecfva1@siwpc.com | Marix Servicing, LLC<br>c/o Wilfed Cervenks<br>paul.cervenka@buckleymadole.com | Marix Servicing, LLC<br>c/o Hilary B. Bonial<br>notice@bkcylaw.com |
| U.S. Band Trust, Caliber Home Loans, Inc.<br>c/o Christine Maggard<br>Brock and Scott<br>vabkr@brockandscott.com | | |