**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| In re: <br><br> MICHAEL WAYNE CRAWFORD, <br> Address:  13171 Quade Lane <br> Woodbridge, VA 22193 <br><br> Debtor(s). <br><br> U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST <br>    Plaintiff, <br><br> v. <br><br> MICHAEL WAYNE CRAWFORD, <br> Debtor(s) <br> JUDY A. ROBBINS, 11 Trustee <br>    Defendants. | CASE NO: 10-13604-RGM <br><br> CHAPTER 11 |

## CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the motion of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, for relief from the automatic stay with respect to real property located at 3707 Masthead Trail, Triangle, VA 22172, and is more particularly described as follows:

LOT 186C, SECTION 3, PORT-O-DUMFRIES, AS THE SAME IS SHOWN ON A

PLAT ATTACHED TO DEED OF RESUBDIVISION RECORDED IN DEED BOOK

1413 AT PAGE 1448, AMONG THE LAND RECORDS OF PRINCE WILLIAM

COUNTY, VIRGINIA.

ORDERED The Debtor will resume making all future regular monthly installment payments, in the amount of $973.54, ($650.62 for principal and interest and monthly escrows

currently asserted by the Movant in the amount of $322.92, which are subject to adjustments), as they become due commencing January 1, 2017. Payments will include any late charges effective as of the January 1, 2017 payment, if applicable pending further notice from the Movant.

ORDERED that the Debtor(s) herein shall be allowed until August 15, 2017 to obtain a fully executed contract of sale and fully consummate a sale of the hereinabove described real property and improvements or pay in full the defaulted amount as described in the Movant's Motion for Relief and any updated payment history provided to Counsel during the negotiation of this Order for the months of December 1, 2013 through December 1, 2016 in the amount of $36,020.98, plus attorney fees and costs in the amount of $1,026.00, less suspense in the amount of $323.16 for a total of $36,723.82; it is further

ORDERED that in the event that any payment required by this Order, is not received by the Movant within 15 (fifteen) days after its due date, or in the event that the Debtor(s) do not obtain a fully executed contract of sale and fully consummate a sale of the hereinabove described real property and improvements on or before August 15, 2017, whichever failure shall first occur, the Movant, its successors and/or assigns, shall mail a notice of default to the debtor by first class mail, postage prepaid, (and, if it desires, also by certified or registered mail) with a copy to debtor's counsel and the trustee by first class mail, postage prepaid, or by email at the same time as the notice of default is mailed to the debtor. The Notice of Default will state in simple and plain language the following:

    a. That the Debtor is in default.

    b. The section of the Order defaulted;

    c. The action necessary to cure the default, if any:

    d. That the Debtor or Trustee must take one of the following actions within 14 (fourteen)

    days after the date of the mailing of the Notice of Default:

    i.     Cure the default;
    ii.    File an objection with the Court stating that no default exists; or
    iii.   File an objection with the Court stating any other reason why an Order granting relief from the automatic stay should not be entered;

e. That if the Trustee or Debtor do not take one of the actions set forth in paragraph d, the Movant may file a certificate that it has complied with the terms of this Order and that the Court may grant relief from the automatic stay without further notice to the Debtor; and

f. That if the automatic stay is terminated, the collateral may be sold at the foreclosure sale.

If the Trustee or Debtor, file an objection to the notice of default, the Movant must set the matter for hearing and give notice of the hearing to the Debtor, Counsel for Debtor and the Trustee. At the hearing, the Court may terminate the stay or take other action appropriate to the circumstances.

ORDERED that should the Debtor default pursuant to the terms contained herein, unless otherwise ordered by this Court, Movant shall be entitled to reasonable attorney's fees in the amount of $50.00 for the issuance of a Notice of Default, and additional attorney's fees, not to exceed $50.00, for issuance of a certificate of default and preparation of an Order Terminating the Automatic Stay.

ORDERED that the provisions of this Order, with respect to regular monthly installment payments, expire one year after the date of entry of this order. In the event of the default in the payment of any regular monthly installment payments due more than one year after the date of entry of this order, the Movant must obtain relief by filing a new motion for relief from stay with appropriate notice and hearing.

ORDERED that in the event the case is dismissed or discharged this Order is no longer in effect and the Movant will have automatic relief from the Automatic Stay.

ORDERED that in the event of a default which results in the granting of Relief, the Chapter 13 Trustee will be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by the Movant.

ORDERED all future payments made pursuant to the terms of this order should be forwarded to the following address until further notice.

Caliber Home Loans
Attn: Cash Operations
P.O. Box 24330
Oklahoma City, OK 73124-0330

FURTHER ORDERED that the Movant shall promptly notify the Chapter 11 Trustee in writing of the results of any foreclosure of the subject deed and pay the Chapter 11 Trustee any excess funds received from such foreclosure sale, to be disbursed upon further order of the Court.

ENTERED this ____ day of ____ 2016

Jan 5 2017

/s/ Brian F. Kenney
_____
JUDGE

Entered on Docket:1/5/2017 sas

**I ASK FOR THIS:**

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
vaecf@brockandscott.com
*Counsel for the Movant*

**SEEN & AGREED:**

<u>/s/ Raymond Pring, Jr. authorized via email</u>
Raymond Pring, Jr.
9431 Main Street
Manassas, VA 20110
*Counsel for Debtor*

Case 10-13604-KHK    Doc 355    Filed 01/05/17    Entered 01/05/17 14:52:32    Desc Main
Document      Page 5 of 6

## **CERTIFICATE**

I hereby certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824

The Clerk shall mail a copy of the entered Order to the following:

Raymond Pring, Jr.
9161 Liberia Avenue
Suite 100
Manassas, VA 20110
*Counsel for Debtor*

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193
*Debtor*

Judy A. Robbins, 11
115 South Union Street, Room 210
Alexandria, VA 22314
*Trustee*

M. Christine Maggard
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
*Counsel for the Movant*