# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL WAYNE CRAWFORD, | )  Case No. 10-13604-KHK |
| | )  Chapter 11 |
| | ) |
| Debtor. | ) |

## FINAL DECREE

Upon consideration of the Motion for Final Decree ("Motion") filed by Michael Wayne Crawford (the "Debtor"), by counsel; and

It appearing that the Debtor's Second Amended Plan of Reorganization, confirmed by order entered on February 14, 2013, has been substantially consummated, it is hereby:

ORDERED, that the Debtor's Final Account is approved and the Debtor's above-captioned case is closed.

Mar 28 2017

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: 3/29/2017 sas

PREPARED BY:

Raymond R. Pring, Jr., VSB No. 39104
9161 Liberia Avenue, Suite 100
Manassas, VA  20110
(703) 366-3920; (fax) (888) 977-8484
rpring@pringlaw.com

By:   /s/ Raymond R. Pring, Jr.
Raymond R. Pring, Jr. Va. Bar No. 39104

Counsel to Michael Wayne Crawford

**SEEN AND AND NO OBJECTION:**

      /s/ Bradley D. Jones
Bradley D. Jones, Trial Attorney
United States Trustees Office
115 South Union St., Plaza Level, Suite 210
Alexandria, Virginia 22314
Bradley.D.Jones@usdoj.gov

Local Rule 9022-1(C) Certification

      The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                              /s/ Raymond R. Pring, Jr. ___
                              Raymond R. Pring, Jr., Counsel for the Debtor