

**Consumer Hotline**

844-856-6646

**Phone:**                                                                                                                                          **Fax:**

757-213-2959                  **484 Viking Drive, Suite 203, Virginia Beach, VA 23452**           703-840-4279

ConsumerContact@brockandscott.com

www.brockandscott.com

October 10, 2017

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193

       **Re: U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**
       **Case No. 10-13604-KHK**
       **Chapter 11**

Greetings:

This letter serves as a fourteen (14) day Notice to advise you that you are in default of the Bankruptcy Order entered January 5, 2017

In the Consent Order (D.E. 355), the Debtor(s) was permitted until August 15, 2017 to obtain a fully executed contract for the sale of the property and to consummate the sale. The sale of the property would cure the arrears below and pay off the loan. The Debtors have failed to obtain the sale, file a motion to authorize sale and conclude the sale as required by the Order..

| | | |
|---|---|---:|
| 37 monthly payments (12/13 - 12/16) @ $973.54/month | $ | 36,020.98 |
| Attorney Fees and Costs | $ | 1,026.00 |
| Less Suspense | $ | -323.16 |
| Total | $ | 36,723.82 |

The sale must be finalized or payment of this amount **MUST BE PAID IN CERTIFIED FUNDS** and be received no later than **fourteen (14) days** from the date of this letter, with **CERTIFIED FUNDS** payable to **Caliber Home Loans, Inc. and sent to PO BOX 650856, Dallas, TX 75265.**

The default shall be cured within fourteen (14) days from the date of this letter unless you or the trustee

files an objection with the Court stating that no such default exists or stating any other reason why an order granting relief from the automatic stay should not be granted.

After the fourteen (14) days, if the default is not cured and no action been taken by you or the trustee then Caliber Home Loans, Inc. will file a certificate attesting that it has complied with the terms of the January 5, 2017 Order and that the Court may grant relief from the automatic stay without further notice. If the automatic stay is terminated, then the property located at 3707 Masthead Tra, Triangle, VA 22172 may be sold at foreclosure.

Please note, in the event funds are tendered pursuant to this Notice of Default which fail to clear the financial institution, such funds shall not constitute a cure. Please further note, in the event funds less than the necessary amount set forth above are tendered, same may be applied to the loan, however, unless the full balance is timely received incident to this notice, this loan will be released from bankruptcy accordingly.

    Very Sincerely yours,
    BROCK & SCOTT, PLLC

    /s/ M. Christine Maggard
    M. Christine Maggard
    Attorney at Law

c:    Raymond Pring, Jr., The Law Office of Raymond R. Pring, Jr.
    , Trustee
    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, Creditor