# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>    MICHAEL WAYNE CRAWFORD,<br>Address:    13171 Quade Lane<br>           Woodbridge, VA 22193<br><br>    Debtor(s).<br><br>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br>    Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE CRAWFORD,<br>Debtor(s)<br><br>Trustee<br>    Defendants. | CASE NO: 10-13604-KHK<br><br>CHAPTER 11 |

## CERTIFICATE OF COMPLIANCE

Upon information provided by the Movant, undersigned counsel hereby files this Certificate of Compliance with respect to the Notice of Default filed with the Court on October 10, 2017. Movant respectfully represents as follows:

1. The Movant is the holder of a note secured by real property located at 3707 Masthead Trail, Triangle, VA 22172 (the "Property").

2. A Consent Order Modifying Automatic Stay (D.E. 355) dated January 5, 2017 has been entered in the present case. Pursuant to the terms of the Consent Order, the Debtor is in default for the following payments:

M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
christine.maggard@brockandscott.com
*Counsel for the Movant*

| | | |
|---|---|---|
| 37 monthly payments (12/13 - 12/16) @ $973.54/month | $ | 36,020.98 |
| Attorney Fees and Costs | $ | 1,026.00 |
| Less Suspense | $ | -323.16 |
| Total | $ | 36,723.82 |

3. Pursuant to the terms of the Consent Order, unless Debtor cures the default by tendering $36,723.82 in certified funds or cashier's check or filing the motion to authorize sale, within fourteen (14) days of the date of the Notice of Default (October 10, 2017), the Court can grant relief from the automatic stay without further notice.

4. Movant has complied with the terms of the herein referenced Consent Order and Debtor have failed to cure the default as stated in the Notice of Default.

5. Movant requests that this Court grant it relief from the automatic stay without further need of notice or hearing and that it be permitted to seek foreclosure on the real property located at 3707 Masthead Trail, Triangle, VA 22172 (the "Property") consistent with its Motion for Relief previously filed herein as Docket Entry #325.

Dated:  November 9, 2017          Respectfully Submitted,

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
christine.maggard@brockandscott.com
*Counsel for the Movant*

# **CERTIFICATE OF SERVICE**

The foregoing certificate was endorsed by and/or served upon all necessary parties pursuant to Local Rules by electronic notification and/or U.S. First Class Mail, postage pre-paid.

Raymond Pring, Jr.
9161 Liberia Avenue
Suite 100
Manassas, VA 20110

R.A. Hurley
10021 Balls Ford Rd.
Suite 200
Manassas, VA 20109
*Counsel for Debtor*

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193
*Debtor*

U.S. Trustee
Judy A. Robbins, 11
Office of the U.S. Trustee - Region 4
115 South Union Street, Room 210
Alexandria, VA 22314

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
christine.maggard@brockandscott.com
*Counsel for the Movant*