**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| In re:<br><br>  MICHAEL WAYNE CRAWFORD,<br>Address:  13171 Quade Lane<br>   Woodbridge, VA 22193<br><br>  Debtor(s).<br><br>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br>   Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE CRAWFORD,<br>Debtor(s)<br><br>Trustee<br>   Defendants. | CASE NO: 10-13604-KHK<br><br>CHAPTER 11 |

### ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, a Notice of Default was filed on October 10, 2017, no response was filed by the Debtor(s), and the Debtor(s) failed to cure the default; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns, to enforce the lien of its deed of trust as it pertains to the real property located at 3707 Masthead Trail, Triangle, VA 22172, and is more particularly described as follows:

M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
christine.maggard@brockandscott.com
*Counsel for the Movant*

LOT 186C, SECTION 3, PORT-O-DUMFRIES, AS THE SAME IS SHOWN ON A PLAT ATTACHED TO DEED OF RESUBDIVISION RECORDED IN DEED BOOK 1413 AT PAGE 1448, AMONG THE LAND RECORDS OF PRINCE WILLIAM COUNTY, VIRGINIA.

The relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

FURTHER ORDERED that the Movant shall promptly notify the Chapter 13 Trustee in writing of the results of any foreclosure of the subject deed and pay the Chapter 13 Trustee any excess funds received from such foreclosure sale, to be disbursed upon further order of the Court. And that the Chapter 13 Trustee will cease paying the pre-petition arrearage claim currently being paid through the Chapter 13 plan.

ENTERED this _____ day of _____ 2017

Nov 17 2017

/s/ Klinette Kindred
Honorable Klinette H Kindred
United States Bankruptcy Judge

Entered on Docket:

**I ASK FOR THIS:**

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
*Counsel for the Movant*

## CERTIFICATE

I hereby certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824

The Clerk shall mail a copy of the entered Order to the following:

Raymond Pring, Jr.
9161 Liberia Avenue
Suite 100
Manassas, VA 20110

R.A. Hurley
10021 Balls Ford Rd.
Suite 200
Manassas, VA 20109
*Counsel for Debtor*

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193
*Debtor*

U.S. Trustee
Judy A. Robbins, 11
Office of the U.S. Trustee - Region 4
115 South Union Street, Room 210
Alexandria, VA 22314

M. Christine Maggard
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
*Counsel for the Movant*

*** 20 largest Creditors ***

## CERTIFICATE

The undersigned certified that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made:

/s/ M. Christine Maggard
Attorney for Movant

| | | |
|---|---|---|
| **Chase Mastercard**<br>**One Geico Plaza**<br>**Lovettsville, VA 20180** | **Chase Mastercard**<br>**One Geico Plaza**<br>**Lovettsville, VA 20180** | |
| **CitiBank (South Dakota) N.A.**<br>**P.O. Box 6248**<br>**Sioux Falls, SD 57117** | **CitiBank (South Dakota) N.A.**<br>**P.O. Box 6248**<br>**Sioux Falls, SD 57117** | |
| **Citibank (South Dakota), NA**<br>**P.O. Box 183037**<br>**Columbus, OH 43218-3113** | **Citibank (South Dakota), NA**<br>**P.O. Box 183037**<br>**Columbus, OH 43218-3113** | |
| **Ford Motor Credit**<br>**P.O. Box 94380**<br>**Palatine, IL 60094-4380** | **Ford Motor Credit**<br>**P.O. Box 94380**<br>**Palatine, IL 60094-4380** | **2007 Mercury Mariner** |
| **JP Morgan Chase**<br>**P.O. Box 78065**<br>**Phoenix, AZ 85062-8148** | **JP Morgan Chase**<br>**P.O. Box 78065**<br>**Phoenix, AZ 85062-8148** | **2940 Marsala Court, Woodbridge, VA 22192** |
| **JP Morgan Chase**<br>**P.O. Box 78065**<br>**Phoenix, AZ 85062-8148** | **JP Morgan Chase**<br>**P.O. Box 78065**<br>**Phoenix, AZ 85062-8148** | **13171 Quade Lane, Woodbridge, VA 22193** |
| **JP Morgan Chase**<br>**P.O. Box 78148**<br>**Phoenix, AZ 85062-8148** | **JP Morgan Chase**<br>**P.O. Box 78148**<br>**Phoenix, AZ 85062-8148** | **13171 Quade Lane, Woodbridge, VA 22193** |
| **JP Morgan Chase**<br>**P.O. Box 78065**<br>**Phoenix, AZ 85062-8148** | **JP Morgan Chase**<br>**P.O. Box 78065**<br>**Phoenix, AZ 85062-8148** | **3707 Masthead Trail, Triangle, VA 22172** |
| **M&T Credit Services**<br>**P.O. Box 62085**<br>**Baltimore, MD 21264-2085** | **M&T Credit Services**<br>**P.O. Box 62085**<br>**Baltimore, MD 21264-2085** | **2005 Ford Expedition** |
| **Prudential**<br>**4860 Cox Road, Ste 100**<br>**Glen Allen, VA 23060** | **Prudential**<br>**4860 Cox Road, Ste 100**<br>**Glen Allen, VA 23060** | |
| **Westgate Resorts Timeshare**<br>**CFI Resorts Management Inc**<br>**2801 Old Winter Garden Rd**<br>**Ocoee, FL 34761-2965** | **Westgate Resorts Timeshare**<br>**CFI Resorts Management Inc**<br>**2801 Old Winter Garden Rd**<br>**Ocoee, FL 34761-2965** | **Westgate Lakes Resort - Timeshare** |