## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: | |
| MICHAEL WAYNE CRAWFORD<br>  AKA MICHAEL CRAWFORD | Chapter 11<br>Case No. 10-13604-KHK |
| Debtor | |
| U.S. BANK NATIONAL ASSOCIATION,<br>NOT IN ITS INDIVIDUAL CAPACITY BUT<br>SOLELY AS TRUSTEE FOR THE RMAC<br>TRUST, SERIES 2016-CTT | Ref. Dkt. #181 |
| Movant | |
| v. | |
| MICHAEL WAYNE CRAWFORD<br>  AKA MICHAEL CRAWFORD<br>13171 QUADE LANE<br>WOODBRIDGE, VA 22193<br>(Debtor) | |
| JUDY A. ROBBINS<br>OFFICE OF THE U.S. TRUSTEE - REGION 4,<br>115 SOUTH UNION STREET, ROOM 210<br>ALEXANDRIA, VA 22314<br>(Trustee) | |
| Respondents | |

## <u>NOTICE OF DEFAULT</u>

According to the records of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Rushmore"), the Debtor has failed to comply with the terms of the Amended Chapter 11 Plan ("Plan").

The Debtor is in default for a total amount of $36,286.38, which includes thirty-nine (39) post-petition payments in the amount of $930.42 each for the months of April 2015 through June 2018.

Payment of this amount must be made by sending funds directly to Rushmore Loan Management Services, LLC, PO Box 514707, Los Angeles, CA 90051-4707 within thirty (30) days of the date noted on the Certificate of Service of this Notice and debtor must make all other payments which may become due under the Chapter 11 Plan during this period. Alternatively, you may file an objection with the Court stating that (i) no default exists or (ii) any other reason why an Order granting relief from the automatic stay should not be entered. Unless payment or an objection is received within thirty (30) days of the date of this letter, Rushmore  will file a Certificate of Non-Compliance and shall submit to the Court an Order Terminating the Automatic Stay for entry and be entitled to exercise its legal rights under applicable law including, but not limited to, foreclosure of the Debtors' Property. Please further note, in the event funds are tendered pursuant to this Notice of Default which fail to clear the financial institution, such funds shall not constitute a cure.

Date:   August 1, 2018

Respectfully submitted,

 /s/ Sameera Navidi
Kathryn Smits, Bar # 77337
Sameera Navidi, Bar # 89441
Namrata Loomba, Bar # 87222
Heather D. McGivern, Bar # 91767
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for U.S. Bank National Association, not
in its individual capacity but solely as trustee for the
RMAC Trust, Series 2016-CTT
ksmits@orlans.com
snavidi@orlans.com
nloomba@orlans.com
hmcgivern@orlans.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned states that on __August 1, 2018_____, copies of the foregoing

Notice of Default were filed with the Clerk of the Court using the ECF system, which will send

notification of such filing to the following:


Judy A. Robbins
Office of the U.S. Trustee - Region 4, 115 South Union Street, Room 210
Alexandria, VA 22314
*Bankruptcy Trustee*

R.A.  Hurley
Gross, Pring & Associates, P.C.
9431 Main Street
Manassas, VA 20110
*Debtor's Attorney*


and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of

the foregoing Notice of Default to the following non-ECF participants:


Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193
*Debtor*


                                        __/s/ Sameera Navidi_____
                                        Kathryn Smits, Esquire
                                        Sameera Navidi, Esquire
                                        Namrata Loomba, Esquire
                                        Heather D. McGivern, Esquire