UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE:<br><br>MICHAEL WAYNE CRAWFORD<br>  AKA MICHAEL W. CRAWFORD<br><br>        Debtor | Chapter 11<br>Case No. 10-13604-KHK |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>        Movant<br><br>v.<br><br>MICHAEL WAYNE CRAWFORD<br>  AKA MICHAEL W. CRAWFORD<br>            (Debtor)<br><br><br>JUDY A. ROBBINS<br>        (Trustee)<br><br>        Respondents | Ref. Dkt. #181, 386 |

## CERTIFICATE OF NON-COMPLIANCE

COMES NOW, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Rushmore") by undersigned counsel hereby gives notice of the following:

1. That the Debtors Second Amended Plan of Reorganization ("Plan") was filed with the Court on July 12, 2012.

2. Rushmore has complied with the terms of the terms of the Plan.

3. The Debtor failed to comply with the terms of the Plan.

4. That pursuant to the terms of the Plan, a Notice of Default was served and filed on August 1, 2018.

5. That neither the Debtor nor the Trustee has complied with the terms of the Plan by taking any of the following actions:

   a. cure the default;

   b. file an objection with the Court stating that no default exists; or

   c. file an objection with the Court stating any other reason why an Order granting relief from the automatic stay should not be entered; and

6. That pursuant to the terms of the Plan, Rushmore considers the automatic stay terminated with regards to the collateral referenced in the Plan upon entry of the Order Terminating Stay.

Date:   September 7, 2018

                                          Respectfully submitted,

                                          /s/ Kathryn Smits
                                          Kathryn Smits, Bar #77337
                                          Orlans PC
                                          PO Box 2548
                                          Leesburg, VA 20177
                                          (703)777-7101
                                          Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
                                          Ksmits@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on September 7, 2018, copies of the foregoing Certificate of Non-Compliance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Judy A. Robbins
Office of the U.S. Trustee - Region 4, 115 South Union Street, Room 210
Alexandria, VA 22314
*Bankruptcy Trustee*

Raymond Pring, Jr.
The Law Office of Raymond R. Pring, Jr.
9161 Liberia Avenue, Suite 100
Manassas, VA 20110
703 366-3920
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Certificate of Non-Compliance to the following non-ECF participants:

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193
*Debtor*

       /s/ Kathryn Smits
      Kathryn Smits, Esquire