UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE:<br><br>MICHAEL WAYNE CRAWFORD<br>AKA MICHAEL CRAWFORD<br><br>Debtor | Chapter 11<br>Case No. 10-13604-KHK |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>Movant<br><br>v.<br><br>MICHAEL WAYNE CRAWFORD<br>  AKA MICHAEL CRAWFORD<br>     (Debtor)<br><br><br>Respondent | Ref. Dkt. #181, 386, 388 |

## ORDER GRANTING RELIEF FROM STAY

UPON CONSIDERATION of the Notice of Default and Certificate of Non-Compliance, and pursuant to the terms of the entered Consent Order Modifying Stay; it is

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is modified to permit the Movant to enforce the lien of its Deed of Trust as it pertains to the real property located at 2940 Marsala Court, Woodbridge, VA 22192 and it is more particularly described as follows:

Kathryn Smits, Esq., Bar # 77337
Sameera Navidi, Esq., Bar # 89441
Namrata Loomba, Esq., Bar # 87222
Heather D. McGivern, Esq., Bar # 91767
PO Box 2548
Leesburg, VA 20177
(703)777-7101

Lot 21, Section 11-J, LAKE RIDGE, as the same appears duly dedicated, platted and recorded in Deed Book 953, page 221, among the land records of Prince William County, Virginia.

which relief shall extend to the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it further

      DONE at Alexandria, Virginia, this ____ day of _____.

Oct 2 2018

/s/ Klinette Kindred
_____
Klinette H. Kindred
U.S. Bankruptcy Court Judge
Eastern District of Virginia, Alexandria

Entered on Docket: OCtober 3, 2018

Copy to:

Kathryn Smits, VSB #77337
Orlans PC
PO Box 2548
Leesburg, VA 20177
*Attorney for the Movant*

Judy A. Robbins
Office of the U.S. Trustee - Region 4, 115 South Union Street, Room 210
Alexandria, VA 22314
*Bankruptcy Trustee*

Raymond Pring, Jr.
The Law of Raymond Pring, Jr.
9161 Liberia Avenue, Suite 100
Manassas, VA 20110
*Debtor's Attorney*

Copy Mailed to:

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193
*Debtor*

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order Granting Relief from Stay is substantially in compliance with Administrative Order 10-2.

    /s/ Kathryn Smits
Kathryn Smits, Esquire