BWW#: VA-92705

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: | Case No. 10-13604-KHK |
| MICHAEL WAYNE CRAWFORD | |
| AKA MICHAEL W CRAWFORD | Chapter 11 |
|     Debtor | |
| _____ | |
| THE BANK OF NEW YORK MELLON FKA | |
| THE BANK OF NEW YORK, AS TRUSTEE | |
| (CWALT 2005-10CB) | |
|     Movant | |
| v. | |
| MICHAEL WAYNE CRAWFORD | |
| AKA MICHAEL W CRAWFORD | |
|     Debtor/Respondent | |

## **CERTIFICATE OF DEFAULT**

Upon information provided by The Bank of New York Mellon fka The Bank of New York, as Trustee (CWALT 2005-10CB) ("Movant") the undersigned counsel, Lauren French and BWW Law Group, LLC, hereby files this Certificate of Default, and respectfully represents as follows:

1.    The Debtor, Michael Wayne Crawford aka Michael W Crawford, has executed and delivered or is otherwise obligated under the terms of a promissory note currently payable to the Movant, the payment of which is secured by a deed of trust encumbering real property known as 509 Mallory Street North, Hampton, VA 23663 (the "Property").

2.    On July 12, 2012 a Second Amended/Modified Chapter 11 Plan (the "Amended Plan") was filed with this Court. An order confirming the Amended Plan was entered on February 12, 2013.

3.    The Debtor is in default under the terms of the confirmed Amended Plan and has failed to make payments as required by Article IV (4a). Consequently, on August 30, 2018 the Movant filed with the court and mailed to the Debtor and Debtor's counsel a Notice of Default, in accordance with the terms of the of the Amended Plan.

4.    The Debtor has not cured the default or filed an objection with the Court stating any other reason why an order granting relief from the automatic stay should not be entered.

_____
Lauren French, VSB# 85478
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (Phone)
*Counsel for the Movant*

5. Having complied with the terms of the Amended Plan, the Movant requests that the Court enter an order terminating the automatic stay as it pertains to the Property.

          Respectfully Submitted,

Dated: December 13, 2018

*/s/ Lauren French*
Lauren French, VSB# 85478
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

# CERTIFICATE OF SERVICE

I certify that on this 13th day of December, 2018, the following person(s) were or will be served with a copy of the foregoing Certificate of Default electronically via the CM/ECF system or by first class mail, postage prepaid:

Judy A Robbins, Trustee
Office of the U.S. Trustee – Region 4
115 South Union Street, Room 210
Alexandria, VA 22314

R.A. Hurley
10021 Balls Ford Rd, Suite 200
Manassas, VA 20109

Michael Wayne Crawford
aka Michael W Crawford
509 Mallory Street North
Hampton, VA 23663

I further certify that on this 13th day of December, 2018, the following persons were or will be served a copy of the foregoing Notice of Default by hand-delivery, Federal Express or similar recognized overnight courier service, or by certified mail, return receipt requested:

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193

Raymond Pring, Jr.
The Law Office of Raymond R. Pring, Jr.
9161 Liberia Avenue, Suite 100
Manassas, VA 20110

*/s/ Lauren French*
Lauren French