**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| IN RE:<br>MICHAEL WAYNE CRAWFORD<br>AKA MICHAEL W CRAWFORD<br>　　　Debtor<br>_____<br>THE BANK OF NEW YORK MELLON FKA<br>THE BANK OF NEW YORK, AS TRUSTEE<br>(CWALT 2005-10CB)<br>　　　Movant<br>v.<br>MICHAEL WAYNE CRAWFORD<br>AKA MICHAEL W CRAWFORD<br>　　　Debtor/Respondent | Case No. 10-13604-KHK<br><br>Chapter 11 |

___

## ORDER GRANTING RELIEF FROM STAY

　　Upon consideration of the motion of The Bank of New York Mellon fka The Bank of New York, as Trustee (CWALT 2005-10CB) (the "Movant") to modify the automatic stay; it is

　　ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the Movant to enforce the lien of its deed of trust as it pertains to the real property located at 509 Mallory Street North, Hampton, VA 23663 (the "Property")and is more particularly described as follows:

```
ALL THAT CERTAIN LOT, PIECE OF LAND SITUATE, LYING AND BEING IN THE CITY
OF HAMPTON, VIRGINIA, KNOWN AND DESIGNATED AS LOT NUMBERED NINETEEN
(19), BLOCK SIX (6), AS SHOWN ON THAT CERTAIN PLAT ENTITLED, "PLAT OF
KLONDIKE", MADE BY E.A. SEMPLE, CE, RECORDED IN THE CLERK'S OFFICE OF
THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA, IN DEED BOOK 29,
PAGE 330, ET SEQ.
```

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the Property.

　　DONE at Alexandria, Virginia, this day of _____,.

Dec 18 2018

　　　　　　　　　　　　　　　　　　　/s/ Klinette Kindred
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Bankruptcy Judge
　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　Entered on Docket: Dec 20, 2018

___
Lauren French, VSB# 85478
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (Phone)
*Counsel for the Movant*

**I ASK FOR THIS:**

_/s/ Lauren French_
Lauren French, VSB# 85478
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
*Counsel for the Movant*

Copy to:

Judy A. Robbins, Trustee
Office of the U.S. Trustee – Region 4
115 South Union Street, Room 210
Alexandria, VA 22314

R.A. Hurley
10021 Balls Ford Rd, Suite 200
Manassas, VA 20109

Michael Wayne Crawford
509 Mallory Street North
Hampton, VA 23663

Michael Wayne Crawford
13171 Quade Lane
Woodbridge, VA 22193

Raymond Pring, Jr.
The Law Office of Raymond R. Pring, Jr.
9161 Liberia Avenue, Suite
100 Manassas, VA 20110

## **CERTIFICATION**

The undersigned certifies that the foregoing Order Granting Relief from Stay has been endorsed by or on behalf of all necessary parties and counsel herein, in accordance with Local Rule 9022-1.

_/s/ Lauren French_
Lauren French